# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mark Anthony Gonzalez,<br><br>　　　Petitioner<br><br>v.<br><br>Nethanjah Breitenbach, *et al.*,<br><br>　　　Respondents | Case No.: 2:25-cv-01080-APG-BNW<br><br>**Order Granting Extension of Time to File Response to Petition to December 15, 2025**<br><br>[ECF No. 5] |

　　The respondents ask the court for an extension of time to file a response to Mark Anthony Gonzalez's 28 U.S.C. § 2254 petition for writ of habeas corpus. ECF No. 5. They acknowledge that they contacted counsel for Gonzalez who have indicated that they oppose the extension. However, the respondents state that the month-long disruption of the State of Nevada's computer network due to a cyberattack left them unable to access shared drives and internal databases and made it impossible to complete the response by the current deadline. Because I find that the respondents seek the extension in good faith and not for the purposes of delay, I grant the motion. I caution, however, that absent extraordinary circumstances, I am unlikely to grant any further extension.

　　I THEREFORE ORDER that the respondents' motion for extension of time to file a response to the petition **[ECF No. 5] is GRANTED** *nunc pro tunc*. **The deadline is extended to December 15, 2025**.

　　DATED this 16th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE