AARON D. FORD
  Attorney General
YANPENG WANG (Bar No. 17022C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N Carson St
Carson City NV 89701-4717
Phone: (775) 684-1254
Fax: (775) 684-1108
ywang@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARK ANTHONY GONZALEZ,

Petitioner,

vs.

NETHANJAH BREITENBACH, *et al*.,

Respondents.

Case No. 2:25-cv-01080-APG-BNW

**ORDER GRANTING
MOTION FOR ENLARGEMENT OF TIME
(SECOND REQUEST)**

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and YANPENG WANG, Deputy Attorney General, hereby respectfully move this Court for an order granting a twenty-one (21) day enlargement of time, to and including March 23, 2026, in which to file and serve their reply to Petitioner Mark Anthony Gonzalez's (Gonzalez) reply to motion to dismiss petitioner's 28 U.S.C. § 2254 habeas petition (opposition), which Respondents construe as his opposition to the motion to dismiss.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

1

This is Respondents' second request for an enlargement of time to file the reply, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 2nd day of March 2026.

AARON D. FORD
Attorney General

By: /s/ Yanpeng Wang
YANPENG WANG (Bar. No. 17022C)
Deputy Attorney General

IT IS SO ORDERED:

Dated: March 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE